NATHAN JANKOWITZ v. MANHATTAN SWISS EMBROIDERY COMPANY, INC.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

VASILI RACK v. AMERICAN RAILWAYS EXPRESS COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

PASQUA BRUSCO and Others, as Administrators, etc., v. GUARANTEE CONSTRUCTION COMPANY, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

MALLOUK-WARDI CORPORATION v. AERO WAIST COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of WENDOLIN J. NAUSS, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of WENDOLIN J. NAUSS, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

TROCADERO AMUSEMENT COMPANY, INC., v. CENTRAL BUILDING IMPROVEMENT AND INVESTMENT COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

SAMUEL J. ZECCHINI v. FRANCIS R. MAYER and Others, Impleaded, etc. — Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

JAMES J. E. BURKE v. OCEAN STEAMSHIP COMPANY OF SAVANNAH.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HERMAN ROTHMAN, an Infant, etc., v. THOMPSON BROTHERS, INC.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

LOUIS HUEBSHMAN v. JULIUS G. KUGELMAN and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES D. NEWTON, Attorney-General, v. SPECIAL TERM, PART 1, SUPREME COURT, etc., and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

In the Matter of JANE E. BARNEY, Deceased.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.